UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 5 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DORST,<br><br>Defendant. | Criminal No. 1:20cr32<br><br>Violations: 18 U.S.C. § 2252A(a)(3)(B)<br>18 U.S.C. § 2252A(b)(1) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Solicitation of Child Pornography)

From on or about February 27, 2020 to on or about April 24, 2020, in Harrison County, in the Northern District of West Virginia and elsewhere, the defendant, **DAVID DORST,** did knowingly solicit, using any means and facility of interstate commerce, and in and affecting interstate commerce by any means, including by computer, any material in a manner that reflects the belief, and that is intended to cause another to believe, that the material is and contains a visual depiction of an actual minor engaging in sexually explicit conduct, in violation of Title 18 United States Code Sections 2252A(a)(3)(B) and 2252A(b)(1).

A True Bill:

/s/
Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

David J. Perri
Assistant United States Attorney